798 A.2d 1244

IN THE MATTER OF STUART D. FELSEN,
AN ATTORNEY AT LAW.

May 13, 2002.

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–076, concluding that **STUART D. FELSEN** of **RANDOLPH,** who was admitted to the bar of this State in 1993, should be reprimanded for violating *RPC* 7.1(a)(1) (making false or misleading communications about the lawyer or his services), *RPC* 7.1(a)(3) (making false or misleading communications by comparing the lawyer's service with other lawyers' services), *RPC* 7.5(a) (improperly using a law firm name that does not include the full or last name of one or more of the lawyers in the firm or office), *RPC* 7.5(d) (prohibiting lawyers from stating that they practice in a partnership where the attorneys do not share the responsibility and liability for the firm's performance of legal services), and *Attorney Advertising Guideline* 1 (failing to include a *bona fide* street address of the law firm), and good cause appearing;

It is ORDERED that **STUART D. FELSEN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.